UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DANNY THOMAS TAYLOR					PETITIONER

V.							CIVIL ACTION NO. 3:06CV557 DPJ-JCS

RON KING, SUPERINTENDENT				RESPONDENT

JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with  prejudice.

**SO ORDERED AND ADJUDGED** this the 11th day of February, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE